IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DWAYNE RODGERS, | No. C 07-0520 SBA (PR) |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE A COMPLETED IN FORMA PAUPERIS APPLICATION** |
| v. | |
| DON HORSLEY, ET AL., | |
| Defendants. | |

    Plaintiff Russell Dwayne Rodgers filed this civil rights action on January 25, 2007 when he was incarcerated at the San Mateo County Jail. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. On February 9, 2007, the Court received a letter from Plaintiff in which he stated that he no longer was incarcerated and that he was residing in East Palo Alto. In an Order dated May 16, 2007, the Court directed Plaintiff to complete a non-prisoner IFP application. On May 31, 2007, Plaintiff filed a "Notice of Address Change and Request for [In] Forma Pauperis Application." He states that he is currently incarcerated at San Quentin State Prison.

    Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a). If the plaintiff is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined. See id. § 1915(a)(1), (2). If the court determines that the plaintiff is unable to pay the full filing fee at the time of filing, the plaintiff will be granted leave to proceed IFP. This means that the filing fee must be paid by way of an installment plan, according to which the court first will assess and collect a partial filing fee from the prisoner, and then the prisoner will be required to make monthly payments of twenty percent of the

preceding month's income credited to the his account until the full $350.00 filing fee is paid. Id. § 1915(b)(1). The agency having custody of the prisoner is responsible for forwarding to the court payments from his account each time the amount in the account exceeds ten dollars. See id.

Therefore, before the Court will proceed to review the complaint Plaintiff is hereby ORDERED to pay the $350.00 filing fee in full or to file a completed prisoner IFP application to proceed IFP using the enclosed form. Plaintiff shall do so within **thirty (30) days** of the date of this Order.

**Failure to pay the filing fee or submit a completed IFP application as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.**

The Clerk of the Court shall send Plaintiff a blank prisoner IFP application along with a copy of his complaint (docket no. 1) and a copy of this Order.

IT IS SO ORDERED.

DATED: 6-5-07

SAUNDRA BROWN ARMSTRONG
United States District Judge