IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. RODGERS, | No. C 07-00520 SBA (PR) |
| Plaintiff, | **ORDER** |
| v. | |
| DON HORSLEY, et al., | |
| Defendants. / | |

In this pro se civil rights action, Plaintiff has filed a motion for leave to file a supplement to his complaint (docket no. 11) and a motion for leave to file an amended complaint (docket no. 18).

A plaintiff may amend his complaint once as a matter of course at any time before a responsive pleading is served. See Fed. R. Civ. P. 15(a). Where a plaintiff seeks to amend after a responsive pleading has already been served, however, the decision whether to grant leave to amend is committed to the sound discretion of the trial court. Waits v. Weller, 653 F.2d 1288, 1290 (9th Cir. 1981). Federal Rule of Civil Procedure 15(a) is to be applied liberally in favor of amendments and, in general, leave shall be freely given when justice so requires. Janicki Logging Co. v. Mateer, 42 F.3d 561, 566 (9th Cir. 1994).

The Court notes that the defendants in this action have not been served at this time. Plaintiff may as a matter of course amend his complaint because a responsive pleading has not yet been served. See Fed. R. Civ. P. 15(a).

Accordingly, Plaintiff's motions (docket nos. 11, 18) are GRANTED. The Clerk of the Court is directed to file the document attached to Plaintiff's motion for leave to file an amended complaint, and docket the aforementioned document as Plaintiff's "Amended Complaint." The Clerk of Court is further directed to mark the Amended Complaint as filed on August 15, 2007, the date it was

received by the Court. The Court will review Plaintiff's Amended Complaint in a separate written order.

This Order terminates Docket nos. 11 and 18.

IT IS SO ORDERED.

DATED: 1/15/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RUSSELL D. RODGERS,

        Plaintiff,

v.

DON HORSLEY et al,

        Defendant.
                                    /

Case Number: CV07-00520 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell Dwayne Rodgers
2458 Illinois Street
East Palo Alto, CA 94303

Dated: January 16, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Rodgers0520.Amend.frm 3