IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. RODGERS,<br><br>        Plaintiff,<br><br>  v.<br><br>DON HORSLEY, et al.,<br><br>        Defendants.                 / | No. C 07-00520 SBA (PR)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR SUSPENSION OF PROCEEDINGS**<br><br>(Docket no. 19) |

      Plaintiff filed the instant pro se civil rights complaint under 42 U.S.C. § 1983. He has since filed an amended complaint.

      Before the Court is Plaintiff's request for suspension of proceedings. Plaintiff states that he is requesting the Court to suspend proceedings in this action because he was "informed . . . that San Mateo County Jail/the Defendants have placed a warrant on Plaintiff to the matter of the incident in Plaintiff's amended and/or supplement[al] complaint . . . ." (Pl.'s Mot. at 1.) The Court finds no merit to Plaintiff's request. Furthermore, on June 26, 2008, Plaintiff informed the Court that he has been released from incarceration and can be located at his home address.

      Accordingly, Plaintiff's request for suspension of proceedings (docket no. 19) is DENIED. The Court will review his amended complaint in a separate written Order.

      This Order terminates Docket no. 19.

      IT IS SO ORDERED.

DATED: 9/16/08

                                                    SAUNDRA BROWN ARMSTRONG<br>
                                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RUSSELL D. RODGERS,

        Plaintiff,

  v.

DON HORSLEY et al,

        Defendant.

Case Number: CV07-00520 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell Dwayne Rodgers
2458 Illinois Street
East Palo Alto, CA 94303

Dated: September 17, 2008

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Rodgers0520.denySTAY2.wpd