| | |
|---|---|
| RUSSELL D. RODGERS, | No. C 07-00520 SBA (PR) |
| Plaintiff, | **ORDER DISMISSING EXCESSIVE FORCE CLAIM AGAINST DEFENDANTS JUROW AND SCHUMAKER AS WELL AS DUE PROCESS CLAIM AGAINST DEFENDANT HOSS** |
| v. | |
| DON HORSLEY, et al., | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

On November 16, 2009, the Court issued an Order of Service and directed Plaintiff to amend his excessive force claim against Defendants Jurow and Schumaker as well as his due process claim against Defendant Hoss. The Court gave Plaintiff until December 16, 2009 to file an amendment to the complaint. He was warned the failure to do so would result in dismissal of the aforementioned claims without prejudice. The time to file the amendment to the complaint has passed, and Plaintiff has failed to do so. Accordingly,

IT IS HEREBY ORDERED that (1) excessive force against Defendants Jurow and Schumaker, regarding the April 29, 2007 incident, and (2) due process against Defendant Hoss, regarding Plaintiff's placement in "cell confinement" on December 23, 2006, are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 1/19/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Rodgers5997.dismAmClaims.wpd

**United States District Court**
For the Northern District of California

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | FOR THE |
| 4 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 7 | RUSSELL D. RODGERS, | Case Number: CV07-00520 SBA |
| 8 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 9 | v. | |
| 10 | DON HORSLEY et al, | |
| 11 | Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell Dwayne Rodgers
2458 Illinois Street
East Palo Alto, CA 94303

Dated: January 20, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Rodgers5997.dismAmClaims.wpd