IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. RODGERS, | No. C 07-00520 SBA |
| Plaintiff, | **WITHDRAWAL OF ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| v. | |
| DON HORSLEY, | |
| Defendant. | |

PURSUANT TO CIVIL L.R. 72-1

IT IS HEREBY ORDERED that the referral to a Magistrate Judge for all discovery is withdrawn.

Dated: 3/9/10

SAUNDRA BROWN ARMSTRONG
United States District Judge