IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. RODGERS,<br><br>      Plaintiff,<br><br>  v.<br><br>DON HORSLEY,<br><br>      Defendant. | No. C 07-00520 SBA<br><br>**WITHDRAWAL OF ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

PURSUANT TO CIVIL L.R. 72-1

IT IS HEREBY ORDERED that the referral to a Magistrate Judge for all discovery is withdrawn.

Dated: 3/9/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California