1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Carol L. Woodward, Deputy (SBN 084197)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4746
4  Facsimile:  (650) 363-4034
   E-mail:  cwoodward@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  Deputy Sheriff JAMES E. GOULART, Deputy Sheriff
   ARTHUR M. MARCUSSEN, Deputy Sheriff JERRY
7  D. JUSTICE, Sheriff's Correctional Officer
   MICHAEL J. MITCHELL, Sheriff's Sergeant CRAIG
8  R. DENTON, Sheriff's Lieutenant LARRY P.
   SCHUMAKER, Sheriff's Correctional Officer
9  RONNIE VERNON OVERMAN, Sheriff's
   Correctional Officer JASON R. JUROW, Deputy
10 Sheriff GABRIEL HUERTA, Sheriff's Correctional
   Officer LUIS A. GLORIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. RODGERS | Case No. CV 07-00520 SBA |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER RE PLAINTIFF'S DISCOVERY SERVED AFTER COURT-ORDERED DEADLINE** |
| v. | |
| DON HORSLEY, et al. | **[Fed.R.Civ.P. Rule 26(c)(1)]** |
| Defendants. | No hearing set. |
| | **HON. SAUNDRA BROWN ARMSTRONG** |

The Motion of Defendants Deputy Sheriff JAMES E. GOULART, Deputy Sheriff ARTHUR M. MARCUSSEN, Deputy Sheriff JERRY D. JUSTICE, Sheriff's Correctional Officer MICHAEL J. MITCHELL, Sheriff's Sergeant CRAIG R. DENTON, Sheriff's Lieutenant LARRY P. SCHUMAKER, Sheriff's Correctional Officer RONNIE VERNON OVERMAN, Sheriff's Correctional Officer JASON R. JUROW, Deputy Sheriff GABRIEL HUERTA, Sheriff's Correctional Officer LUIS A. GLORIA (collectively the "Defendants") for Protective Order regarding plaintiff's untimely and objectionable interrogatories and requests for production of documents, that plaintiff served after the deadline set by

1  the Court's Order of Service was filed herein, and no hearing was scheduled thereon; and

2      Defendants have on file a dispositive Motion to Dismiss, pursuant to this Court's Order of

3  Service, and that Motion is pending before the Court; and

4      The Court has read and considered the moving papers, any opposition and reply papers, and other

5  matters contained in the file herein; and

6      GOOD CAUSE APPEARING,

7      IT IS ORDERED:

8      1.  Defendants' Motion for Protective Order is GRANTED.

9      2.  Plaintiff's discovery requests as described herein are QUASHED;

10      3.  Plaintiff may not serve further discovery on Defendants until further order of this Court.

    Dated:  March 8, 2010____

    _____
    HON. SAUNDRA BROWN ARMSTRONG
    JUDGE OF THE DISTRICT COURT

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT FOR THE |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

RUSSELL D. RODGERS,

       Plaintiff,

 v.

DON HORSLEY et al,

       Defendant.
                                             /

Case Number: CV07-00520 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell Dwayne Rodgers UKZ955
Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

Dated: March 10, 2010

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk